UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMITH-KEYS VILLAGE, INC.                                                                    PLAINTIFF

VS.                                         CASE NO. 4:14-CV-4086

NATIONAL FIRE & MARINE
INSURANCE COMPANY                                                                        DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion for Temporary Stay. (ECF No. 11). The parties state that they are exploring settlement possibilities that will require at least six months to execute while they go through the design and bid process. Accordingly, the parties' request that this action be stayed for a six-month period. If the parties are unable to resolve their differences during this 6-month time period, they propose proceeding with this litigation.

Upon consideration, the Court finds that the motion (ECF No. 11) should be and hereby is **GRANTED**. This case is stayed until **May 18, 2015**. The parties must file status reports with the Court on March 18; April 20; and May 18, 2015.

IT IS SO ORDERED, this 17th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge