UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMITH-KEYS VILLAGE, INC.                                                    PLAINTIFF

VS.                              CASE NO. 4:14-CV-4086

NATIONAL FIRE & MARINE
INSURANCE COMPANY                                                          DEFENDANT

**ORDER**

Before the Court is a Motion to Withdraw as Counsel for Defendant filed by Defendant's attorney, Robert W. Schroeder III. (ECF No. 14). Mr. Schroeder seeks to withdraw himself as attorney of record for Defendant. Defendant continues to be represented in this matter by its remaining counsel of record.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Robert W. Schroeder III, is hereby relieved as attorney of record for Defendant. The Clerk is directed to remove Mr. Schroeder from the CM/ECF notification system for this case.

IT IS SO ORDERED, this 5th day of January, 2015.

 /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge