UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMITH-KEYS VILLAGE, INC.                                                                                              PLAINTIFF

VS.                                              CASE NO. 4:14-CV-4086

NATIONAL FIRE & MARINE
INSURANCE COMPANY                                                                                                   DEFENDANT

## ORDER

  Before the Court is Plaintiff's unopposed Motion to Dismiss With Prejudice. (ECF No. 22). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that the motion should be and hereby is **GRANTED** and that Plaintiff's Complaint should be and hereby is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

  IT IS SO ORDERED, this 29th day of January, 2016.

                       /s/ Susan O. Hickey
                       Susan O. Hickey
                       United States District Judge